AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

FILED

for the

Eastern District of California

JAN 30 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| CHRISTOPHER JEORGE MILLICAN | ) | |
| | ) | 1:20 00020 BAM |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 2018 - July 2018___ in the county of ___Kings___ in the ___Eastern___ District of ___California and elsewhere___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code (USC), Sections 2251(a) and (e) | Sexual Exploitation of Children and Attempt |
| Title 18, USC Section 2252(a)(2) | Receipt of Child Pornography |
| Title 18, USC, Section 2422(b) | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit (which is incorporated by this reference) from NCIS Special Agent James Doerbaum

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James Doerbaum, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___1/30/2020___

_____
*Judge's signature*

City and state: ___Fresno, California___          Hon. Barbara McAuliffe- U.S. Magistrate Judge
_____
*Printed name and title*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### AFFIDAVIT IN SUPPORT OF
### CRIMINAL COMPLAINT

I, James DOERBAUM, being duly sworn hereby state that the following information is true to my knowledge and belief:

### Introduction and Agent Background

1.      I am a Special Agent with the U.S. Naval Criminal Investigation Service (NCIS), and have been employed as such since April of 2017.  I am presently assigned to the Naval Criminal Investigative Service Resident Agency Lemoore, CA at Naval Air Station Lemoore, CA. I am an investigative and law enforcement officer of the United States who is empowered to conduct investigations for offenses enumerated in Title 18 of the United States Code (USC), which affect the Department of Defense, specifically the United States Navy and Marine Corps, as well as offenses listed in the Uniform Code of Military Justice (UCMJ).  My duties include, but are not limited to, investigating crimes committed on or aboard Naval or Marine installations, aircraft or vessels, committed by or against Navy or Marine Corps military personnel or civilian employees, or otherwise involving Department of the Navy assets, personnel, or facilities.  I have conducted a range of criminal investigations including aggravated assault, rape and sexual assault, child sexual assault, child pornography and child exploitation, medically unattended deaths, fraud and larceny.  In addition, I have provided force protection and counterintelligence support to the Department of the Navy and Marine Corps.  Furthermore, I serve as the Evidence Custodian of Resident Agency Lemoore.

1

2.      I have a Bachelor of Arts degree in Criminal Justice and have completed classes in the Masters of Science and Justice Policy Program from The University of Texas at San Antonio. I am a graduate of the Department of Homeland Security (DHS) Federal Law Enforcement Training Center (FLETC), Criminal Investigator Program (CITP) and a graduate of the NCIS Special Agent Basic Training Program (SABTP). I have also completed the Advanced Sexual Assault Investigations Training Program, NCIS Victim/Witness Assistance Program, and Intermediate Counterintelligence Training Program.

3.      This affidavit is submitted in support of a criminal complaint for CHRISTOPHER JEORGE MILLICAN of Lemoore, CA. As articulated below, there is probable cause to believe CHRISTOPHER MILLICAN has violated the following three statutes summarized, in relevant parts, below.

Title 18 U.S. Code § 2251(a) - which subjects to criminal prosecution anyone who "persuades, induces, entices, or coerces any minor to engage in . . . any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct . . . if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce . . . if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce";

Title 18 U.S. Code § 2422(b) – which subjects to criminal prosecution anyone who knowingly uses any facility or means of interstate or foreign commerce to knowingly . . . persuade,

2

induce, entice, or coerce . . . an individual under the age of 18 to engage in . . . "any sexual activity for which any person can be charged with a criminal offense";

Title 18 U.S.C. § 2252(a)(2) – which makes it a crime for any person to knowingly receive or distribute any visual depiction using any means or facility of interstate or foreign commerce if the image contains materials which have been . . . shipped or transported, by any means including by computer, and if (a) the producing of such a visual involves a minor engaging in sexually explicit conduct and (b) such visual depiction is of such conduct;

4.      The facts set forth in this affidavit are based on my review of records and reports related to this investigation, as well as communications with others, including other law enforcement personnel, who have knowledge of the events and circumstances described below. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth all of the facts that I, or others, have learned during the course of this investigation.

**Statement of Probable Cause**

5.      Based upon my knowledge, training, and experience, and the experience of other law enforcement personnel, I know the internet is a world-wide computer network that connects computers and other devices and provides the means for communications and the transfer of data and information across state and national boundaries. I also know every computer or domain that communicates over the internet is assigned an internet protocol (IP) address that uniquely identifies the device being utilized and distinguishes it from other computers or devices on the internet.

6.      Individuals who use the Internet can communicate with one another by using e-mail, text messages, instant messages, etc. E-mail and other text communications are electronic forms of communication which can contain letter-type correspondence and graphic images, to

3

include video graphics. E-mails and text messages are similar to conventional paper mail in that they are addressed from one individual to another utilizing a personalized address, number, or user name. Essentially, email, text messages, etc., are more personalized since it is more common for individuals to have their own phone number, email address, and/or personal user name; whereas a physical mailing address is commonly shared by more than one individual living at the same location.

7.    E-mail messages usually contain a header which gives the screen name of the sender and receiver, the identity of the Internet access provider, and the return address on the Internet of the individual who originated the message or graphic image.

8.    The Internet also allows individuals to trade pictures or images through various platforms and programs.

9.    Social media apps are electronic applications typically downloaded onto computers and mobile devices, such as smartphones and tablets, which allow registered users to interact and communicate with other registered users over interstate or foreign commerce. Snapchat, owned by Snap Inc., is a multimedia messaging/photo app wherein individuals can register to the app by providing either an email address or phone number. Registered users of Snapchat can create their own special usernames, which may or may not contain the users' actual identities, to identify themselves with other users. In addition, registered users of Snapchat can share text messages, real-time locations, pictures, and videos to other Snapchat users across the globe. Furthermore, Snapchat is unique, in that it allows users to send pictures, images, and videos to other users that, when viewed by the receiving user, get automatically deleted after a short specified time determined by the sender. However, users who receive media from another user can screenshot the media and permanently save to their smartphone or device prior to the

4

timed expiration of the media.  In response, Snapchat alerts the sender of the media when the receiver screenshots the media to his/her personal device.

10. On July 27, 2018, the National Center for Missing and Exploited Children (NCMEC) received Cyber Tip Report 37347027 from Snapchat.  Snapchat reported that suspected child pornography had been transmitted over its platform.  The person associated with transmission of the suspected child pornography was identified by email address taylorfields@ne.com, username (tf15460), and IP address 24.7.149.179.  Snapchat reported to NCMEC that the step-mother of eleven-year-old Jane Doe 1 (JD1), a registered user of Snapchat, sent a complaint that Snapchat username tf15460 was "flirting" with JD1 and had repeatedly asked for pictures and location information of JD1.  The step-mother reported to Snapchat that she informed tf15460 that JD1 was a child and told tf15460 to stop communications with JD1; however, tf15460 continued to contact JD1.  The stepmother of JD1 reported to Snapchat that she was concerned for the safety of JD1 and the safety of other underage users.  Subsequently, a Snapchat Trust and Safety team member reviewed a number of files believed to depict images of a minor being sexually exploited that were discovered in the account of tf15460.  Snapchat forwarded those files to NCMEC.

11.  NCMEC automatically reviews reported media of suspected child exploitation and categorizes the media into two categories: Prepubescent Minor (A) and Pubescent Minor (B).  In addition, NCMEC rates the media in either Rank 1 (Sex Act) or Rank 2 (Lascivious Exhibition) and provides a definition for each.  NCMEC also automatically resolves the location of an IP address via a publicly-available online query when an Electronic Service Provider (ESP), such as Snapchat, provides the IP address of a suspect in a Cyber Tip.

12. NCMEC reviewed the uploaded media files reported by Snapchat connected to

5

username tf15460.  NCMEC determined that three of the files contained B1 material (Sex Act involving a Pubescent Minor) and thirteen files contained B2 material (Lascivious Exhibition involving a Pubescent Minor).  In addition, NCMEC discovered that the name Taylor Fields was associated with tf15460.  NCMEC also conducted a Geo-Lookup of the IP address (24.7.149.179) from the Snapchat account of tf15460 and determined the Internet Service Provider (ISP) was Comcast Cable, the region was California, the city was Hanford, and the metro area was Fresno-Visalia.

13. Police Officer Raymond Dias of the Hanford Police Department in California received NCMEC cyber tip 37347027 and agreed that the media discovered in the account of tf15460 contained what he believed to be images of child pornography.  On October 10, 2018, Officer Dias executed a search warrant issued from Kings County (California) judge Valerie Chrissakis, for the custodian records of the Comcast IP address and Snapchat account of username tf15460.  Comcast reported that the subscriber of the IP address was CHRISTOPHER MILLICAN at the following address: 2900 Skyraider Ct, Apt B, Lemoore, CA 93245.  In addition, Officer Dias received from Snapchat additional media, including chat messages between June and July of 2018, associated with username tf15460.  Officer Dias concurred with the determination by Snapchat and NCMEC that the images discovered in the account of tf15460 contained child pornography.  However, according to Officer Dias, Snapchat communicated that it could not guarantee that it could recover all of the content exchanged regarding tf15460 between June 22, 2018 and October 10, 2018.

14. On October 18, 2018, I was briefed on the investigation by Sharon Nichols of the Fresno County Sheriff's Office (FCSO).  Due to the location of MILLICAN'S residence on Naval Air Station (NAS) Lemoore, NCIS assumed control of the investigation.  I reviewed the

6

media and chat messages obtained by NCMEC and the search warrant results regarding tf15460. I met with Officer Dias who advised that a check of the IP addresses associated with a number of tf15460's messages containing suspected child pornography originated from locations in Europe. Subsequently, MILLICAN'S command, Fleet Readiness Center (FRC) West at NAS Lemoore, advised me that MILLICAN was deployed aboard the USS Harry S. Truman (CVN-75) which visited Europe during the Summer and Fall of 2018.

15. According to the Snapchat media and chat messages obtained via Officer Dias' search warrant, tf15460 had frequent communications with other users who, either by their appearance and/or their statements, were female minors. For example, tf15460 communicated with Jane Doe 2 (JD2), who appeared to be a pubescent minor, approximately 15 years old, and who shared images of her bare breasts and vagina. JD2 provided tf15460 with videos of JD2 masturbating while naked in a bathtub upon tf15460's request. In those videos, which appeared to be screen recorded by tf15460, tf15460 instructed JD2 to masturbate and grab her breasts while calling tf15460 "daddy." JD2's face can be seen in one of the videos, and she appeared to be crying.

16. In addition, tf15460 exchanged chat messages and received images from Jane Doe 3 (JD3) wherein JD3 provided images pulling her shirt up to reveal a bra and pulling her pants down to show her panty line at the request of tf15460. On July 25, 2018, tf15460 sent the following message to JD3, "Well pull your pants down all the way I wanna tell you how those undies look…" Username tf15460 exchanged messages of an apparent sexual nature with Jane Doe 4 (JD4) who advised tf15460 that she was fifteen years old. According to the message exchange with JD4, tf15460 messaged the following question to JD4, "You don't even care about my age just like I don't care about yours huh," subsequent to statements made by tf15460

7

to JD4 such as, "I am stuck in bed the moment you make me hard." Username tf15460 inquired

if JD4 would sneak out of her house and meet tf15460 after his deployment and after her

sixteenth birthday in late 2018. The geographic location of JD4, including the city and street in

Washington State, was captured and saved by tf15460 via Snapchat. Furthermore, tf15460 saved

a screenshot of Jane Doe 5 (JD5) who relayed on her Instagram page that she was 13 years old.

JD5 sent pictures of her body while in shorts and a t-shirt at the request of tf15460; however,

JD5 declined tf15460's requests to take a pictures of her underwear and under her clothing. To

date, the actual identity of JD5 has not been discovered.

17. In addition, tf15460 contacted Jane Doe 6 (JD6), who appeared to be between the

ages of 11 and 15, and requested JD6 to send pictures of herself while bathing. Username

tf15460 sent the following message to JD6, "Next time if ur in the tub and I ask to see don't say

wait just send it ok?" To date, the actual identity of JD6 has not been discovered. The search

warrant results of tf15460's account also revealed other communications with apparent female

minors approximately 11-15 years old. The ages of the girls were discussed in chat messages or

displayed on images. Tf15460 requested pictures of the minors' bodies, and in multiple

messages with different users, tf15460 referred to himself as "daddy."

18. Based on my training and experience regarding child exploitation, I believe that

tf15460's communications on Snapchat, referenced above and on dates in June and July of 2018,

constitute grooming of potential victims to provide tf15460 with sexually explicit images of

themselves. Username tf15460 (MILLICAN) often stated on Snapchat that he was a teenager;

but Millican was 24 years old when he was communicating with the minor females. In addition,

according to the revealed Snapchat messages, MILLICAN would comment on the appearance of

the minors, request the minors to reveal their underwear, and would request the minors to pose

8

while sending their photographs.  Furthermore, later interviews of JD2 and JD3 revealed that MILLICAN threatened adverse action toward JD2 and JD3 if they did not continue to send the photographs he was requesting.

19. On December 17, 2018, NCIS executed a Command Authorization for Search and Seizure (CASS) regarding Christopher MILLICAN'S person, residence, and vehicle.  As background, a service member's command can issue a search warrant for an individual if there is probable cause to believe a crime has been committed by a military member on a military installation.  In addition, the commanding officer of a military installation can issue a search warrant for a residence or vehicle if there is probable cause to believe that evidence of a crime exists and the property resides on the military installation in the residence or vehicle.

20.  NCIS, along with the aid of Homeland Security Investigations (HSI) and the FCSO Internet Crimes Against Children (ICAC) Unit, conducted a search of MILLICAN'S person, vehicles, and residence.  I, along with Homeland Security Investigations (HSI) Special Agent John Kuzma, interviewed MILLICAN.  We advised MILLICAN of his rights including those against self-incrimination and to counsel, and he agreed to waive those rights and talk to us. MILLICAN stated he created Snapchat username tf15460 and used the name Taylor Fields as his alias.  MILLICAN stated he received child pornography from minors and stated that he had threatened to post pictures on minor females online if they did not continue to send him photographs and videos.  MILLICAN recalled several of the Snapchat usernames he communicated with, including JD2 who sent pictures of her vagina and videos of herself masturbating.  MILLICAN explained he knew JD2 was a minor. MILLICAN reported that his wife, Hannah Snow-Millican, became suspicious of his online activities and, subsequently, instructed MILLICAN to delete everything from his electronic devices in approximately August

9

of 2018. To date, a search of several of MILLICAN'S electronic devices seized during the

command search has not led to the discovery of additional images of minors engaged in sexually

explicit conduct. But an iPad is still being analyzed.

21. NCIS Special Agent Jennifer Cartaino interviewed MILLICAN'S spouse, Hannah

Snow-Millican, on December 17, 2018. Snow-Millican reported that pornography had caused

problems in her marriage with MILLICAN. In addition, Snow-Millican advised that in August

of 2018 she caught MILLICAN at 3:00 AM viewing pornography on his Ipad while in their

bathroom; however, that incident was the last time she knew of MILLICAN viewing

pornography. Snow-Millican explained she never witnessed MILLICAN view child

pornography or act inappropriately towards children.

22. HSI Special Agent Kuzma served multiple administrative summonses for subscriber

information associated with potential victims on Snapchat. SA Kuzma was able to identify

minor female victims JD2, JD3, and JD4 as a result of this effort.

23. I contacted the parents of JD2 and discovered JD2 had previously reported to the

Federal Bureau of Investigation (FBI) and the Manawa Police Department in Wisconsin that an

individual on social media had threatened to harm her and her friends if she did not continue to

send him pictures. Special Agent Brian D'Arcy of the FBI Resident Agency in Green Bay,

Wisconsin relayed that JD2 sent a tip via the FBI's public access line on July 25, 2018, and the

tip was forwarded to the Manawa Police Department for investigative action. JD2 reported in

the tip that she was 15 years old and a man named "Taylor", who claimed to be a 19 year old

from California, had nude pictures of her, wanted to rape her, and threatened to release her

pictures online or harm those close to her if she did not continue to send him photographs. In

addition, JD2 reported in the tip that she feared for her safety, that Taylor would kidnap her, or

10

hurt someone else.

24. I contacted Police Chief James GORMAN of the Manawa Police Department and requested all investigative documentation regarding JD2's complaint. According to the police reports, on July 27, 2018, Officer Jacob Noffke of the Manawa Police Department interviewed JD2 and was permitted to conduct an extraction of JD2's cellphone. During the interview, JD2 reported that Taylor (MILLICAN) with Snapchat username "TF15460" first contacted her on March 27, 2018. JD2 advised that Taylor stated he was in the Navy. JD2 reported to Officer Noffke that she sent nude photographs of herself to Taylor upon his request; however, Taylor continued to request sexually explicit photographs and threatened to hurt JD2 or the people she knew if she did not continue to send nude photographs. In addition, JD2 reported that Taylor sent pictures of his "thing" as well as a picture of his face. JD2 reported that Taylor is a white male with short hair and a receding hairline but did not have facial hair. After Officer Noffke interviewed JD2, he took her cellphone to the New London Police Department in Wisconsin for analysis.

25. On July 16, 2019, Special Agent Linn Morten of NCIS attended the forensic interview of JD2 by Forensic Interviewer Nina Brennan of the Child Advocacy Center in Neenah, Wisconsin. JD2 reiterated an individual named Taylor (MILLICAN) contacted her on Snapchat and requested pictures of JD2. JD2 reiterated that she posed and sent photographs of her breasts and vagina to Taylor upon his instruction. JD2 reiterated that Taylor threatened JD2 if she did not continue to send sexually explicit photographs. JD2 advised that she blocked Taylor multiple times; however, Taylor utilized multiple Snapchat username to reestablish contact with her. JD2 was shown a picture of MILLICAN, and JD2 identified Taylor. JD2 advised she informed Taylor that she would not have sex with him; however, JD2 reported that

11

Taylor responded with the following: "You don't have a choice if its rape." Furthermore, JD2 reported that her communications with Taylor caused her to distance herself from others and affected her relationships. After the interview, the father of JD2 provided Special Agent Morten with a screenshot taken from JD2's cellphone wherein the name "Taylor" along with username "tf15460" were displayed.

26. Interviews of JD3 and JD4 were conducted; however, the results yielded limited results regarding Snapchat username tf15460. During a forensic interview conducted by Rosanne Van Cura of the Child Protection Center in Hiawatha, Indiana, JD3 recalled communicating with an individual on Snapchat with a username containing multiple numbers in the summer of 2018. JD3 advised she informed the individual that she was 14 years old and the individual continued "flirting" with her. JD3 explained the individual requested her to provide pictures of her breasts, to which she later complied. According to JD3, the individual requested JD3 to provide a photograph of her "private area" and threatened to tell her parents about similar previously-obtained images if she did not comply with his demands. JD3 stated she blocked the individual on Snapchat and never received a picture of the individual. During an interview by Special Agent Sara Elligson of NCIS, JD4 advised she did not recall her communications with Snapchat username tf15460.

27. On December 13, 2019, I reviewed the extraction of JD2's cellphone that was provided by the Manawa Police Department. The cellphone extraction revealed JD2's email tip to the FBI was also emailed to the US Navy. In addition, JD2 also sent by e-mail screenshots of her communications with "Taylor" (MILLICAN) to the US Navy on July 24, 2018. According to one screenshot, JD2 threatened to report Taylor and Taylor responded with the following: "No if u report me I'll let one pic of u slip out don't be that mean we keep everything between us

12

understand? Say I promise daddy". In addition, JD2 provided a second screenshot wherein Taylor messaged, "I'll make sure to hunt down someone close to u since I took screenshots of ur full friends list and I might not keep everything a secret."

**Conclusion**

28.     Based upon the above facts and information, I submit there is probable cause to believe that the defendant, CHRISTOPHER MILLICAN, has violated Title 18 U.S.C.§ 2251(a) and 2252(a)(2) in that he has persuaded minors (and attempted) to engage in sexually explicit conduct for the purpose of producing visual depictions of those minors engaged in sexually explicit conduct, and that he has received and/or distributed images of a minor engaged in sexually explicit conduct through use of electronic devices, including a computer and the internet. I also believe there is probable cause to believe that CHRISTOPHER MILLICAN knowingly induced, enticed, and coerced minors to engage in any sexual activity for which any person can be charged with a criminal offense in violation of Title 18 U.S. Code § 2422(b).

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

James A. Doerbaum
Special Agent, NCIS

Subscribed and sworn to before me this ___ day of _____, 2020.

Barbara A. McAuliffe
United States Magistrate Judge

13