1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,        )   Case № 1:20-CR-00040-1-DAD
                                     )
9              Plaintiff,            )        **O R D E R**
                                     )   **APPOINTING COUNSEL**
10         vs.                       )
                                     )
11  CHRISTOPHER J. MILLICAN,         )
                                     )
12             Defendant.            )
    _____ )

13

14         The above named Defendant has, under oath, sworn or affirmed as to his financial

15  inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16  obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17  justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18         IT IS HEREBY ORDERED that Richard M. Oberto be appointed to represent the above

19  defendant in this case effective *nunc pro tunc*  to  February 20, 2020, substituting the Federal

20  Defenders Office.

21         This appointment shall remain in effect until further order of this court.

22

23

24  IT IS SO ORDERED.

25     Dated:  **February 24, 2020**          /s/ *Barbara A. McAuliffe*
                                       _____
26                                      UNITED STATES MAGISTRATE JUDGE

27

28