RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Christopher Jeorge Millican

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:20-CR-00040-DAD-BAM |
| *Plaintiff,* | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43(b)(3); ORDER |
| CHRISTOPHER JEORGE MILLICAN, | |
| *Defendant.* | |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

The defendant CHRISTOPHER JEORGE MILLICAN ("Mr. Millican") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled action against him. Mr. Millican hereby waives his right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Mr. Millican request that the court allow his interests to be represented by the presence of his attorney, Richard M. Oberto, and he agrees that his interests shall be represented the same as if he were personally present. Mr. Millican agrees that notice to his attorney that his personal presence is required for a proceeding at a specific time and place will be deemed notice to Mr. Millican of the requirement of his personal presence.

DATED: 3/19/20  /s/ Christopher Jeorge Millican
CHRISTOPHER JEORGE MILLICAN
Defendant
*Original signature retained by*
*attorney Richard M. Oberto*

DATED: 3/19/20  /s/ Richard M. Oberto
RICHARD M. OBERTO
Attorney for Defendant,
Christopher Jeorge Millican
*Original signature retained by*
*attorney Richard M. Oberto*

## **ORDER**

**IT IS HEREBY ORDERED** that the personal presence of the defendant CHRISTOPHER JEORGE MILLICAN is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3)

IT IS SO ORDERED.

Dated: **March 20, 2020**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE