1   PHILLIP A. TALBERT
    United States Attorney
2   DAVID L. GAPPA
    Assistant United States Attorney
3   2500 Tulare Street
    Suite 4401
4   Fresno, California 93721
    Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6

7   Attorneys for Plaintiff
    United States of America

8

9                        IN THE UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,               CASE NO.  1:20-CR-00040-DAD-BAM

13                    Plaintiff,            STIPULATION TO NEW TRIAL DATE

14          v.                             DATE: July 26, 2022
                                           TIME: 8:30 am
15  CHRISTOPHER MILLICAN,                  COURT: Hon. Dale A. Drozd

16                    Defendant.

17

18                                   **STIPULATION**

19          This case is currently set for a trial scheduled to begin May 3, 2022.  As noted below, the parties

20  have discussed the case and agreed to delay the start of the trial until July 26, 2022, at 8:30 a.m.

21  Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by

22  and through defendant's counsel of record, hereby stipulate as follows:

23          1.      By previous order, this matter has been scheduled for a trial set to begin on May 3, 2022.

24          2.      By this stipulation, the parties have agreed to a continuance of the trial date to July 26,

25  2022, with a trial confirmation and motions hearing date of July 11, 2022.  The parties also have agreed

26  to exclude time under the Speedy Trial Act through the start of the trial on July 26, 2022, based on 18

27  U.S.C. § § 3161(h)(1)(D), (h)(7)(A), (h)(7)(B)(i) and (iv).

28          3.      In part, the request is based on the government providing new discovery and/or versions

1    of previously provided discovery (for example the defendant's recorded statements) in an edited version.

2    In addition, a potential government witness is a student and the proposed new trial date would be less

3    disruptive to that person's schedule than the current date.

4          4.      Based on this stipulation, the parties request that the Court issue the attached proposed

5    order.

6    IT IS SO STIPULATED.

7

8    Dated:  March 29, 2022                              PHILLIP A. TALBERT
                                                          United States Attorney

9                                                        /s/ David L. Gappa
                                                         David L. Gappa
10                                                       Assistant United States Attorney

11

12   Dated:  March 30, 2022                              /s/ Richard Oberto
                                                         Richard Oberto
13                                                       Counsel for Defendant
                                                         CHRISTOPHER MILLICAN
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CHRISTOPHER MILLICAN,<br><br>                              Defendant. | CASE NO.  1:20-CR-00040-DAD-BAM<br><br> ORDER ON STIPULATION TO CONTINUE TRIAL AND MOTION HEARING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

**ORDER**

Based upon a review of the parties' stipulation filed on March 30, 2022, and the record of this case:

IT IS HEREBY ORDERED that the hearing on motions and trial confirmation for this case be scheduled for July 11, 2022, at 10:00 am.

IT IS FURTHER ORDERED that the trial in this case be scheduled to begin on July 26, 2022, at 8:30 a.m.

IT IS FURTHER ORDERED that the time period of May 3, 2022, through July 26, 2022, inclusive, is deemed excludable under  18 U.S.C. § §  3161(h)(1)(D), (h)(7)(A), (h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the

/////

/////

/////

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **March 31, 2022**

_____
UNITED STATES DISTRICT JUDGE