RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar no. 247285
516 W. Shaw Ave. Ste 200
Fresno, California  93704
Telephone: (559) 221-2557

Attorney for Defendant,
Christopher Jeorge Millican

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:20-cr-00040 |
| Plaintiff, | ) OPPOSITION TO THE PROSECUTOR'S<br>) MOTIONS IN LIMINE BY THE |
| v. | ) DEFENDANT CHRISTOPHER JEORGE<br>) MILLICAN |
| CHRISTOPHER JEORGE MILLICAN, | ) Date: 7/26/22 |
| Defendant. | ) Time: 8:30 a.m.<br>) Court: Hon. Dale A. Drozd |

**TO THE ABOVE ENTITLED COURT AND THE UNITED STATES ATTORNEY'S OFFICE:**

Please accept this as the opposition by the defendant CHRISTOPHER JEORGE MILLICAN ("Mr. Millican") to the prosecutor's motions in limine filed ("MIL") in Dkt. No. 57.  Mr. Millican objects to MIL Nos. 2 and 3.

First, Mr. Millican objects to MIL No. 2 to the extent it would prohibit defense counsel from arguing that Mr. Millican is "innocent" and "not guilty" and that the prosecution has not met it burden of proving "guilt."  U.S. Const., Amends. V (Due Process), VI (Trial, Counsel).  Defense counsel does not intend to vouch for Mr. Millican by arguing that counsel "believes" or that it is his "opinion" Mr. Millican is innocent or not guilty.

Second, Mr. Millican objects to MIL No. 3 to the extent it would prohibit defense counsel from eliciting testimony or evidence about the context of an alleged admission Mr. Millican made.  Fed. R. Evid., rule 106; U.S. Const., Amend. V (Due Process).  The

1

context may show that Mr. Millican never made any admission. With that said, defense counsel is not aware of any potential witness who has heard Mr. Millican make statements that actually help his case. If there are any such statements, the prosecutor is welcome to point them out and make the case that they are irrelevant under Rule 106.

    For the reasons stated, the court should deny MIL Nos. 2 and 3.

DATED: 7/12/22     /s/Richard M. Oberto
RICHARD M. OBERTO
Attorney for Defendant,
Christopher Jeorge Millican