PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

NADIA C. PRINZ
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue NW, 11ᵀᴴ Floor
Washington, DC 20005
Telephone: (202) 774-7562

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER JEORGE MILLICAN,<br><br>　　　　　　　Defendant. | CASE NO. 1:20-CR-00040 DAD BAM<br><br>JOINT STATEMENT OF THE CASE<br><br>DATE: July 26, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

　　　　The United States, by and through its undersigned counsel, and defendant, through his counsel, have agreed that the court can read to jurors, or prospective jurors, the following as an agreed statement of the case:

　　　　The government has charged the defendant, Mr. Christopher Jeorge Millican, with two crimes. One crime is sexual exploitation of children and attempted sexual exploitation of children on dates ranging from approximately March 2018, continuing through approximately August 2018. The other crime is receipt of a visual depiction of a minor engaged in sexually explicit conduct and attempted receipt of a visual depiction of a minor engaged in sexually explicit conduct on dates ranging from

approximately March 2018 through approximately August 2018.  Both crimes are alleged to have occurred, at least in part, within the Eastern District of California in Kings County, California. Mr. Millican is presumed innocent of the crimes charged. You may only find him guilty of either crime if the prosecution proves beyond a reasonable doubt that he committed the crimes charged. At a later time, the court will instruct you in full detail about the law that applies in this case.

Dated:  July 18, 2022                                         PHILLIP A. TALBERT
                                                                              United States Attorney


                                                                     By:   /s/ DAVID L. GAPPA
                                                                              DAVID L. GAPPA
                                                                              Assistant United States Attorney

                                                                              /s/ Nadia Prinz
                                                                              Nadia C. Prinz
                                                                              Trial Attorney
                                                                              United States Department of Justice
                                                                              Criminal Division
                                                                              Child Exploitation and Obscenity Section


                                                                              /s/ Richard Oberto
                                                                              Counsel for Christopher Millican