

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER JEORGE MILLICAN,<br><br>　　　　Defendant. | No. 1:20-cr-00040-DAD-BAM<br><br>VERDICT FORM |

We, the jury in the above-entitled matter, unanimously find the following verdict(s) as to defendant Christopher Jeorge Millican:

**Count 1 — Sexual Exploitation of Children, 18 U.S.C. §§ 2251(a) and (e)**

    From on or about an unknown date no later than in approximately March 2018, and continuing through approximately August 2018, in Kings County, within the State and Eastern District of California, and elsewhere, the defendant knowingly employed, used, persuaded, induced, enticed, or coerced a minor (Alleged Minor Victim 1), to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, or for the purpose of transmitting a live visual depiction of such conduct, knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer or cellular phone.

    Not Guilty _____          Guilty ✓

**Count 2 — Receipt of Material Involving the Sexual Exploitation of Minors, 18 U.S.C. § 2252(a)(2)**

From on or about an unknown date no later than in approximately March 2018, and continuing through approximately August 2018, in Kings County, within the State and Eastern District of California, and elsewhere, the defendant knowingly received any visual depiction, the producing of which involved the use of a minor engaged in sexually explicit conduct, and that image had been mailed, shipped or transported in or affecting interstate or foreign commerce, or which contained material that had been so mailed, shipped or transported, or the image had been sent or received using any means or facility of interstate or foreign commerce, including by computer or cellular phone.

Not Guilty _____       Guilty  ✓

Sign and return this verdict.

Dated: 07/28/22

_____
FOREPERSON