PHILLIP A. TALBERT
United States Attorney
David L. Gappa
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

NADIA C. PRINZ
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue NW, 11TH Floor
Washington, DC 20005
Telephone: (202) 774-7562

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER JEORGE MILLICAN,<br><br>Defendant. | CASE NO. 1:20-CR-00040 DAD BAM<br><br>GOVERNMENT'S NOTICE OF REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

     The United States of America submits this notice that it has applied to the Court for an order permitting it to file Exhibits 20A, 20C, 20D, 20E, 20H, 20I, 20J, 20K, 20L, 23C and 23E in support of

///
///
///
///
///
///

its sentencing memorandum under seal.  The items will be submitted to the court and made available to counsel on October 28, 2022.

DATED:  October 27, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ David L. Gappa
David L. Gappa
Assistant United States Attorney

/s/ Nadia Prinz
Nadia C. Prinz
Trial Attorney
United States Department of Justice
Criminal Division
Child Exploitation and Obscenity Section