PHILLIP A TALBERT
United States Attorney
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

NADIA C. PRINZ
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue NW, 11TH Floor
Washington, DC 20005
Telephone: (202) 774-7562
E-mail: nadia.prinz@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00040 DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' SUPPLEMENTAL SENTENCING SUBMISSION |
| CHRISTOPHER JEORGE MILLICAN, | Ctrm: 5 |
| Defendant. | Hon.  Hon. Dale A. Drozd |
| | Date: December 9, 2022 |
| | Time: 11:30AM |

The United States of America, by and through its attorneys, PHILLIP A. TALBERT, United States Attorney for the Eastern District of California, DAVID GAPPA Assistant United States Attorney, and NADIA PRINZ, Trial Attorney, files this supplemental sentencing submission to alert the court and counsel to a recent decision from the United States Court of Appeals for the Ninth Circuit.  In *United States v. Ellen Reiche,* CA No. 21-30275 (Dec. 5, 2022), a defendant unsuccessfully sought a downward adjustment in offense level after she was convicted by a jury after a trial.  The Ninth Circuit held that the district court did not err in denying Reiche a downward sentencing adjustment for acceptance of

responsibility under U.S.S.G. § 3E1.1(a). The court found that the district court recognized that Reiche's decision to go to trial did not necessarily bar her from receiving a downward adjustment in offense level but determined that she had not shown genuine acceptance of responsibility. The court concluded that the district court did not abuse its discretion in making this determination.

      The government believes that this recent case supports the position it took in its supplemental sentencing memorandum.

PHILLIP A TALBERT
United States Attorney

By: /s/ David Gappa
David Gappa
Assistant United States Attorney

/s/ Nadia Prinz
Nadia C. Prinz
Trial Attorney
United States Department of Justice
Criminal Division
Child Exploitation and Obscenity Section