IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JEORGE MILLICAN,<br><br>　　　　Defendant. | NO. 1:20-cr-00040-DAD-BAM<br><br>ORDER REGARDING PAYMENT SCHEDULE FOR SPECIAL AND JVTA ASSESSMENTS |

　　　　Having considered the parties' joint stipulation filed November 8, 2024, and good cause appearing, it is HEREBY ORDERED that paragraph F of the judgment be amended as follows:

　　　　"If incarcerated, payment of any unpaid criminal monetary penalties in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $15 per quarter, whichever is greater. Payment shall be made through

1

the Bureau of Prisons Inmate Financial Responsibility Program.

The defendant shall make payments toward any unpaid criminal monetary penalties in this case during supervision at the rate of at least 10% of gross monthly income.

IT IS SO ORDERED.

Dated: **January 16, 2025**

_____
UNITED STATES DISTRICT JUDGE