# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JEORGE MILLICAN,<br><br>Defendant. | NO. 1:20-cr-00040-DAD-BAM<br><br>ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR IN THE AMENDED JUDGMENT<br><br>(DOC NO. 131) |

The court has considered defendant's motion (Doc. No. 131) to correct a clerical error in the amended judgment (Doc. No. 130) brought pursuant to Federal Rule of Criminal Procedure 36. The court has also sought the position of the government because counsel for defendant did not report the government's position with respect to the pending motion and notes that the government has now also submitted a statement of non-opposition to the granting of defendant's pending motion to amend. The court also observes that the amendment the defense now seeks was not requested in the parties' stipulation filed with the court on November 8, 2024 (Doc. No. 128) following remand. In any event, good cause now appearing, it is HEREBY ORDERED that

1

the amended judgment, filed on January 17, 2025, be corrected so that the Schedule of Payments on page 7 reads, "Payment to begin immediately (may be combined with [F] below)," with the existing special instructions regarding the payment schedule remaining unchanged. An amended judgment will issue.

IT IS SO ORDERED.

Dated: **February 13, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE